UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MARCO McKINLEY, by Next Friend and Mother, AVIS LOVE; and AVIS LOVE, | : : : |
| *Plaintiffs*, | : : |
| v. | : No. 1:03-cv-269 |
| | : *Edgar* |
| MARVIN LOTT, JAMES WARD, DARYL DALLAS, Individually and as Principal and Teachers of Brainerd High School; OFFICER CHAD SUTTLES, Individually and as a Chattanooga City Police Officer and School Resource Officer; and the HAMILTON COUNTY DEPARTMENT OF EDUCATION, | : : : : : : : : |
| *Defendants*. | : |

## **O R D E R**

In accordance with the accompanying memorandum, the motion of defendants; Marvin Lott, individually and as Principal of Brainerd High School; James Ward, individually and as a teacher at Brainerd High School; Darrell Dallas, individually and as a teacher at Brainerd High School and the Hamilton County (Tennessee) Department of Education, ("the HCDOE defendants") for a summary judgment [Doc. No. 51] on the remaining claims of the plaintiff, Marco McKinley ("McKinley") against them is **GRANTED**. McKinley's remaining claims against the HCDOE defendants are **DISMISSED WITH PREJUDICE**. The HCDOE defendants are entitled to **JUDGMENT** in their favor. Costs are awarded to the HCDOE defendants.

-1-

McKinley's claims against defendant Officer Chad Suttles, individually and as a Chattanooga City Police Officer and School Resource Officer, are not affected by this order and are the sole remaining claims in this action.

SO ORDERED.

ENTER this *2nd day of August, 2005*.

                                                          */s/ R. Allan Edgar*
                                                        R. ALLAN EDGAR
                                      CHIEF UNITED STATES DISTRICT JUDGE