UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| MARCO McKINLEY, by next friend and Mother, AVIS LOVE, and AVIS LOVE, </br></br>  *Plaintiffs,*</br></br>v.</br></br>MARVIN LOTT, JAMES WARD, DARYL DALLAS, Individually And as Principal and Teachers of Brainerd High School, OFFICER CHAD SUTTLES, Individually and as a Chattanooga City Police Officer and School Resource Officer, and the HAMILTON COUNTY DEPARTMENT OF EDUCATION,</br></br>  *Defendants.* | No. 1:03-cv-269</br>*Edgar* |

## JUDGMENT

In accordance with the accompanying memorandum opinion, the motion for summary judgment filed by defendant Officer Chad Suttles [Court Doc. No. 64] is **GRANTED**. Plaintiffs' claims pursuant to 42 U.S.C. § 1983 brought against Officer Suttles in his individual and official capacities are **DISMISSED WITH PREJUDICE**.

Costs are awarded to the defendants. The Clerk of the Court shall close the file in this case. This is a **FINAL JUDGMENT**.

SO ORDERED.

ENTER this *27th day of October, 2005*.

             */s/ R. Allan Edgar*
             R. ALLAN EDGAR
          UNITED STATES DISTRICT JUDGE